UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RITA ENGLISH,
An Individual,                                    Case No. 9:23-cv-80264-AHS

     Plaintiff,
vs.

MYERS AUTO GROUP D.K., LLC,
d/b/a KIA DELRAY,
A Florida Limited Liability Company,

     Defendant(s).
_____/

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPONDE TO DEFENDANT'S MOTION TO DISMSS

**THIS CAUSE** having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss.

This Court having considered the Motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that:

The Motion is **GRANTED** as follows:

Plaintiffs shall have up to and through April 29, 2023 to respond to Defendant's Motion to Dismiss (Doc. 14).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, on _____.

                                                                        _____
                                                                        **JUDGE RAAG SINGHAL**
                                                                        **UNITED STATES DISTRICT JUDGE**

Cc: All parties of record