UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-80264-CIV-SINGHAL

RITA ENGLISH,

    Plaintiff,

v.

MYERS AUTO GROUP D.K., LLC,
d/b/a KIA DELRAY,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant Myers Auto Group D.K., LLC d/b/a Kia Delray's Unopposed Motion for Clarification (DE [36]). Defendant Myers Auto Group D.K., LLC ("Defendant Myers") seeks clarification on this Court's Omnibus Order (DE [35]), entered June 1, 2023, which denied Defendant Myers Auto Group D.K., LLC d/b/a Kia Delray's Motion to Dismiss Plaintiff's Amended Complaint and Incorporated Memorandum of Law ("Motion to Dismiss") (DE [25]) as moot. Defendant Myers' Motion to Dismiss (DE [25]) is identical to the subsequently filed motion (DE [26]) *which remains pending*. This Court, having the inherent authority to control its docket, denied Defendant Myers' Motion to Dismiss (DE [25]) as moot because it was duplicative of Defendant Myers' Motion to Dismiss (DE [26]). Having considered the motion, the record, and being otherwise fully advised in the premises, it is hereby

2

**ORDERED AND ADJUDGED** that Defendant Myers Auto Group D.K., LLC d/b/a Kia Delray's Unopposed Motion for Clarification (DE [36]) is **GRANTED** as clarified above.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of June 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF